**HALLIBURTON ENERGY SERVICES, INC., Plaintiff–Appellant,**

v.

**WEATHERFORD INTERNATIONAL, INC., Defendant–Appellee,**

and

**BJ Services Company, Defendant.**

No. 04–1018.

United States Court of Appeals, Federal Circuit.

June 14, 2004.

Before CLEVENGER, RADER, and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.